## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PINKTOE TARANTULA LIMITED, *et al.*,[1] | Case No. 18-10344 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 29, 2018 AT 9:00 A.M.[2]
Location: Before the Honorable Kevin J. Carey, 5th Floor, Courtroom No. 5

**UNCONTESTED MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 5, Filed February 20, 2018]

    Response Deadline: March 22, 2018 at 4:00 p.m.

    Response(s) Received: Informal comments from the U.S. Trustee.

    Related Documents:

    A. Interim Order Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 29, Filed February 23, 2018]

    B. Notice of Entry of Interim Order and Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Pinktoe Tarantula Limited (8609), Desert Blonde Tarantula Limited (7124), and Red Rump Tarantula Limited (0288).

to Postpetition Intercompany Claims [Docket No. 42, Filed February 27, 2018]

    Status: This matter is going forward on a final basis.

2. Motion of the Debtors for Entry of an Order Authorizing and Approving the Conduct of Store Closing Sales, Sale of Inventory, and Granting Related Relief [Docket No. 12, Filed February 21, 2018]

    Response Deadline: March 22, 2018 at 4:00 p.m.

    Response(s) Received: Informal comments from the U.S. Trustee.

    Related Documents:

        A. Notice of Filing of Exhibit B to Motion [Docket No. 13, Filed February 21, 2018]

        B. Interim Order Authorizing and Approving the Conduct of Store Closing Sales, Sale of Inventory, and Granting Related Relief [Docket No. 36, Filed February 23, 2018]

        C. Notice of Entry of Interim Order and Final Hearing on Motion of the Debtors for Entry of an Order Authorizing and Approving the Conduct of Store Closing Sales, Sale of Inventory, and Granting Related Relief [Docket No. 41, Filed February 27, 2018]

    Status: This matter is going forward on a final basis.

3. Motion of the Debtors for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 15, Filed February 21, 2018]

    Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee)

    Response(s) Received: Informal comments from the U.S. Trustee.

    Related Documents:

        A. Notice of Hearing on Motion of the Debtors for Entry of an Order Extending Time to File Schedules and Statements [Docket No. 52, Filed March 8, 2018]

    Status: This matter is going forward.

4. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 263, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured

Priming Superpriority Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [Docket No. 16, Filed February 21, 2018]

>Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee and 156 Fifth Avenue)

>Response(s) Received: Informal comments from the U.S. Trustee and 156 Fifth Avenue.

>Related Documents:

>>A. Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 40, Filed February 26, 2018]

>>B. Notice of Entry of Interim Order and Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Continue Use of Cash Collateral on an Emergency Basis Pending a Final Hearing, (II) Authorizing the Debtors to Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing (III) Granting Adequate Protection and Authorizing the Debtors to Provide Security and Other Relief to Fun Eats and Drinks LLC, as Lender, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 43, Filed February 27, 2018]

>Status: This matter is going forward on a final basis.

5. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Commercial Real Property Leases *Nunc Pro Tunc* as of February 28, 2018 and Granting Related Relief [Docket No. 18, Filed February 21, 2018]

>Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee)

>Response(s) Received: Informal comments from the U.S. Trustee.

>Related Documents:

> A. Notice of Hearing on Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Commercial Real Property Leases Nunc Pro Tunc as of February 28, 2018 and Granting Related Relief [Docket No. 50, Filed March 8, 2018]

> Status: This matter is going forward.

6. Motion of the Debtors for Entry of an Order Authorizing Certain Severance Payments to Employees [Docket No. 20, Filed February 22, 2018]

   > Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee)

   > Response(s) Received: Informal comments from the U.S. Trustee.

   > Related Documents:

   > > A. Notice of Hearing on Motion of the Debtors for Entry of an Order Authorizing Certain Severance Payments to Employees [Docket No. 51, Filed March 8, 2018]

   > Status: This matter is going forward.

7. Motion of the Debtors for Entry of an Order Authorizing the Retention and Employment of Certain Professionals Utilized By Debtors in the Ordinary Course of Business [Docket No. 47, Filed March 8, 2018]

   > Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee)

   > Response(s) Received: Informal comments from the U.S. Trustee.

   > Related Documents: None.

   > Status: This matter is going forward.

8. Motion of the Debtors for Entry of an Order Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code Authorizing the Debtors to Retain JLL Consultants, Inc. as the Debtors' Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 48, Filed March 8, 2018]

   > Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee)

   > Response(s) Received: Informal comments from the U.S. Trustee.

   > Related Documents: None.

<u>Status:</u> This matter is going forward.

9. Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Greenberg Traurig, LLP as Counsel for the Debtors and Debtors-in-Possession, *Nunc Pro Tunc* to the Petition Date [Docket No. 49, Filed March 8, 2018]

    Response Deadline: March 22, 2018 at 4:00 p.m. (extended to March 26, 2018 for the U.S. Trustee)

    Response(s) Received: None.

    Related Documents: None.

    <u>Status:</u> This matter is going forward.

Dated: March 27, 2018                    GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile   (302) 661-7360
Email:   melorod@gtlaw.com

-and-

John D. Elrod  (*pro hac vice pending*)
Benjamin R. Keck (*pro hac vice pending*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone:  (678) 553-2259
Facsimile:   (678) 553-2269
Email:  elrodj@gtlaw.com
            keckb@gtlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*