# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PINKTOE TARANTULA LIMITED, *et al.*,[1] | Case No. 18-10344 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 20** |

## ORDER AUTHORIZING THE DEBTORS TO MAKE CERTAIN SEVERANCE PAYMENTS

Upon the motion (the "**Motion**")[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), for entry of this Order, pursuant to Bankruptcy Code sections 105(a), 363, and 503 authorizing the Debtors to make certain Severance Payments, all as more fully described in the Motion; and upon the *Declaration of William Kaye in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* (the "**First Day Declaration**"); and upon the statements of counsel in support of the relief requested in the Motion at the hearing before the Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Pinktoe Tarantula Limited (8609), Desert Blonde Tarantula Limited (7124), and Red Rump Tarantula Limited (0288).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ATL 22705687v1

is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent provided herein.

2. The Severance Payments, as set forth in the Motion, are hereby approved.

3. The claims upon which the Severance Payments are based shall be treated as administrative priority claims pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2).

4. Debtors are hereby authorized, but not directed, in a reasonable exercise of their business judgment, to make the Severance Payments as such payments come due.

5. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in this Order shall constitute, nor is it intended to constitute, an admission as to the validity or priority of any claim against the Debtors, or the assumption or adoption of any contract or agreement under 11 U.S.C. § 365.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

7. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: March 29, 2018

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

ATL 22705687v1